**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____     Chapter ___**7**___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **BrewBike, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **83-0879114** |

**4.   Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| **1023 Springdale Rd.**<br>**Austin, TX 78721** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Travis** | **Location of principal assets, if different from principal place of business** |
| County | **828 Gaffield Pl. Evanston, IL 60201** |
| | Number, Street, City, State & ZIP Code |

**5.   Debtor's website** (URL)   **www.brewbike.com**

**6.   Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **BrewBike, Inc.**

Name _____   Case number (*if known*) _____

| | |
|---|---|
| **7.** **Describe debtor's business** | A. *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ■ None of the above |
| | |
| | B. *Check all that apply* |
| | ☐ Tax-exempt entity (as described in 26 U.S.C. §501) |
| | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3) |
| | ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11)) |
| | |
| | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes. |
| | **7225** |

| | |
|---|---|
| **8.** **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | ■ Chapter 7 |
| A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box. | ☐ Chapter 9 |
| | ☐ Chapter 11. *Check **all** that apply*: |
| | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | ☐ A plan is being filed with this petition. |
| | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | ☐ Chapter 12 |

| | |
|---|---|
| **9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |
| | ☐ Yes. |
| If more than 2 cases, attach a separate list. | |

| District | When | Case number |
|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor    **BrewBike, Inc.**                                        Case number (*if known*) _____
_____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ When _____ | Case number, if known | _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____
Contact name _____
Phone _____

---

███  **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ■ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **BrewBike, Inc.**
         Name                                                        Case number (*if known*)

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000         ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor   **BrewBike, Inc.** _____   Case number (*if known*) _____
Name

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 27, 2023** _____
MM / DD / YYYY

**X** **/s/ Randy Paris** _____   **Randy Paris** _____
Signature of authorized representative of debtor   Printed name

Title   **President** _____

**18. Signature of attorney**

**X** **/s/ Alex J. Whitt** _____   Date   **March 27, 2023** _____
Signature of attorney for debtor   MM / DD / YYYY

**Alex J. Whitt** _____
Printed name

**Hiltz Zanzig & Heiligman LLC** _____
Firm name

**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604** _____
Number, Street, City, State & ZIP Code

Contact phone   **3126248958** _____   Email address   **awhitt@hzhlaw.com** _____

**6315835 IL** _____
Bar number and State

**Fill in this information to identify the case:**

Debtor name      **BrewBike, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■  *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■  *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■  *Schedule H: Codebtors* (Official Form 206H)
- ■  *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐  Amended *Schedule*
- ☐  *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐  Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **March 27, 2023**          X **/s/ Randy Paris**
                                              Signature of individual signing on behalf of debtor

                                           **Randy Paris**
                                           Printed name

                                           **President**
                                           Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name      **BrewBike, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.  *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*..........................................................................................   $                0.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*.......................................................................................   $           60,000.88

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*.........................................................................................   $           60,000.88

| Part 2: | Summary of Liabilities |
|---|---|

2.  *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................   $                0.00

3.  *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $            4,722.64

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$         114,888.11

4.  **Total liabilities** ............................................................................................................
    Lines 2 + 3a + 3b                                                             $         119,610.75

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name   **BrewBike, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property           12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**   **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase & Co.** | **Checking** | 3738 | **$3,687.05** |
| 3.2. | **JPMorgan Chase & Co.** | **Checking** | 1509 | **$5,913.83** |
| 3.3. | **PayPal** | **PayPal** | | **$400.00** |
| 3.4. | **Square Account** | **Payment Processor** | | **$0.00** |

4.   **Other cash equivalents** *(Identify all)*

5.   **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**$10,000.88**

**Part 2:**   **Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

■ No. Go to Part 3.
☐ Yes Fill in the information below.

Debtor   **BrewBike, Inc.**                                          Case number *(If known)* _____
         Name

---

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.  Go to Part 4.
☐ Yes Fill in the information below.

---

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.  Go to Part 8.
☐ Yes Fill in the information below.

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
☒ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

| Debtor | **BrewBike, Inc.** | Case number *(If known)* | |
| --- | --- | --- | --- |
| | Name | | |

| | | | |
| --- | --- | --- | --- |
| **See attached Exhibit 1. Note that the information on the attached Exhibit 1 is believed to be accurate as of Spring 2022. Given the disparate locations of the equipment and inventory and because Debtor is no longer operating in those locations, Debtor is unable to confirm the continued accuracy of the information. Rather, Debtor expects that some equipment may have deteriorated over time and that some items may have been disposed of or otherwise lost.** | **$50,000.00** | **Liquidation** | **$50,000.00** |

| | | | |
| --- | --- | --- | --- |
| 51. | **Total of Part 8.** | | **$50,000.00** |
| | Add lines 47 through 50. Copy the total to line 87. | | |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
- ■ No
- ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 60. | **Patents, copyrights, trademarks, and trade secrets**<br>**Trademark name- Reg. No. 5783887 and Reg. No. 5857663** | **$0.00** | | **$0.00** |
| 61. | **Internet domain names and websites**<br>**Wesbite assets** | **$40,262.00** | **Liquidation** | **$0.00** |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations**<br>**Customer List** | **$0.00** | | **$0.00** |
| 64. | **Other intangibles, or intellectual property** | | | |
| 65. | **Goodwill** | | | |

Debtor    **BrewBike, Inc.**                                          Case number *(If known)* _____
_____
Name

66.  **Total of Part 10.**                                                    $0.00

Add lines 60 through 65. Copy the total to line 89.

67.  **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**

☐ No
■ Yes

68.  **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.  **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **BrewBike, Inc.** | Case number *(If known)* _____ |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | **$10,000.88** | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | **$0.00** | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | **$0.00** | |
| 83. **Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| 84. **Inventory.** *Copy line 23, Part 5.* | **$0.00** | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$0.00** | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$50,000.00** | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................> | | **$0.00** |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| 91. **Total.** Add lines 80 through 90 for each column | **$60,000.88** | + 91b. **$0.00** |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | **$60,000.88** |

# EXHIBIT 1

### Northwestern

| Name | Type/Model | Serial Number | Quality | QTY | Market Price | Total | Retail Unit | After Depreciation per unit |
|---|---|---|---|---|---|---|---|---|
| Van | 2015 Ford Transit Base | | | 1 | $29,990 | $29,990 | | $17,394 |
| Brewbike | Model 1 | | Okay | 2 | $29,990 | $59,980 | | $34,788 |

#### SHED

| Name | Type/Model | Serial Number | Quality | QTY | Market Price | Total | Retail Unit | After Depreciation per unit |
|---|---|---|---|---|---|---|---|---|
| Espresso Machine | La Marzocco Linea 2av | | | 1 | | | | $0 |
| Kegerator | Insignia Brewer | N/A | Okay | 3 | $569 | $1,707 | Miscellaneous | $990 |
| A-Frame Brewbike Sign | Stand-up sign | N/A | Good | 4 | $65 | $260 | Miscellaneous | $151 |
| Bike & 1 Brewbike bike topper (container) | Bike (x2) | N/A | One bike is good, one bike is really old | 2 | $14,000 | $28,000 | Bike | $16,240 |
| Ladder | Standard orange ladder | N/A | Good | 1 | $100 | $100 | Miscellaneous | $58 |
| Cup holder | Standard cold cup/hot cup holder (like the one next to the espresso machine at Bergson, no make/model or serial number on it) | N/A | Good | 1 | $10 | $10 | Cafe | $6 |
| Coffee grinder | Bunn LPG-2E | LPG0071048 | Like new | 1 | $983 | $983 | Cafe | $570 |
| Card swiper | Standard card swiped (attached to one of the kegerator - no make/model or serial number) | N/A | Okay (dirty/dusty) - it seems dead at the moment, not sure if it will turn on) | 1 | $5 | $5 | Cafe/Bike | $3 |
| Square Card reader | Square SPB4-O1 | 821C5078A3000936 | Good (dead though, not sure if it will turn on) | 1 | $5 | $5 | Cafe/Bike | $3 |
| Square Card Swipe | Square (no make/model) | 908C5108A3000654 | Good (dead though, not sure if it will turn on) | 1 | $5 | $5 | Cafe/Bike | $3 |
| Square plug-in port | N/A | | Like new | 1 | $10 | $10 | Cafe | $6 |
| Square tablet holder | Square No. 5089 | 80555089000376 | Okay (dirty/dusty) | 1 | $149 | $149 | Cafe/Bike | $86 |
| Square POS system | Square SPB1-01 | 821C5079A3000742 | Good | 1 | $800 | $800 | Cafe/Bike | $464 |
| Misc Card reader | N/A (no make/model or branding) | | Good | 1 | $5 | $5 | Cafe/Bike | $3 |
| Square card reader holder | Square (no make/model) | No serial number (N/A) | Like new (just dusty) | 1 | $10 | $10 | Cafe/Bike | $6 |
| Brooms | N/A (no make/model) | No serial number (N/A) | Good | 2 | $10 | $20 | Miscellaneous | $12 |
| Cup holder | Vollrath SLC-3 | No serial number (N/A) | Okay (dusty) | 1 | $60 | $60 | Miscellaneous | $35 |
| Carafe | Stanley Commercial 20 00301 XXX | No serial number (N/A) | Okay (dusty) | 5 | $38 | $190 | Miscellaneous | $110 |
| 1 ice scooper | Manitowoc (no make/model) | No serial number (N/A) | Okay (dusty) | 1 | $17 | $17 | Cafe/Bike | $10 |
| 2 Iron Ice scoopers | Thunder Group ALTWSC038 | No serial number (N/A) | Okay (dusty) | 2 | $80 | $160 | Cafe/Bike | $93 |
| 1 bike pump | Bontrager Turbocharger HP | No serial number (N/A) | Okay (dusty) | 1 | $70 | $70 | Bike | $41 |
| Wooden crate | Victrola | 180904000 | New | 1 | $40 | $40 | Miscellaneous | $23 |
| 1 Laminator | Swing line GBC Fusion 1000L | WL1819401725 | New | 1 | $60 | $60 | Miscellaneous | $35 |
| 8 Artic Ice cooler aids | Arctic Ice Chillin Brew Panels XL | 36623 01211 | New | 8 | $34 | $272 | Bike | $158 |
| 1 brown tarp | N/A (no branding or make/model) | N/A | Good | 1 | $20 | $20 | Miscellaneous | $12 |
| Black milk crates | DearFoods Milk Crate (Black) | N/A | Good | 6 | $13 | $77 | Miscellaneous | $44 |
| Torpedo Kegs | Torpedo Keg (19L) ISO9001 | No serial number (N/A) | Good | 3 | $190 | $570 | Cafe/Bike | $331 |
| 1 Bike Tire | Coastal Cycles (no make/model) | N/A | New | 1 | $30 | $30 | Bike | $17 |
| 1 Green Umbrella | N/A (no make/model/branding) | N/A | Good | 1 | $80 | $80 | | $46 |

#### Hinman

| Name | Type/Model | Serial Number | Quality | QTY | Market Price | Total | Retail Unit | After Depreciation per unit |
|---|---|---|---|---|---|---|---|---|
| Coffee Grinder | Grandmaster-Ceckware Corporation Model 890-B-T | L246067 0718 | Good | 1 | $1,259 | $1,259 | Kitchen | $730 |
| Ice-O-Matic | No make | No serial number | Good | 1 | $2,500 | $2,500 | Kitchen | $1,450 |
| Kegerator | MDD 23 E NT | 81011670237 | Okay (Unused for awhile so may need to be cleaned) | 1 | $4,300 | $4,300 | Kitchen | $2,494 |
| Insignia Beer Dispenser | NS-BK1TSS6 | 18A06A00126 | Okay | 1 | $569 | $569 | | $330 |
| Espresso Grinder | Rancilio MD 40 | 25111930 | Working condition | 1 | $1,100 | $1,100 | Kitchen | $638 |
| Keg washers x 3 | Xamen Jier Electrical 520GPH Submersible Pump | 180330, 180330, 180901 | Good | 3 | $20 | $60 | Kitchen | $35 |
| Mark II Keg and Carbody Washer x3 | | N/A | Okay | 1 | $100 | $100 | Kitchen | $58 |
| Toddy Cold Brew Brewin Container x3 | TPS20 | 1292940 | Great except one is leaking | 3 | $85 | $255 | Kitchen | $148 |
| Cold Brew Avenue Brewing Container | | | Good | 1 | $400 | $400 | Kitchen | $232 |
| Constant Heat Sealer | AIE 202CH | 071 444 | Good | 1 | $400 | $400 | Kitchen | $232 |
| Rubbermaid 48 Can Cooler | Indiscernible | | Good | 1 | $25 | $25 | Kitchen | $15 |
| NSF Components 2.5 Gallon Kegs x 12 | K1009(2) | No serial | Good | 12 | $89 | $1,068 | | $619 |
| NSF Keggery Solutions Stand | 600DUN14608 | No serial | Good | 1 | $300 | $300 | Kitchen | $174 |
| Kitchen Racks | | | | 1 | N/A | N/A | | |
| Swiffer WetJet Heavy Duty | | 91615592 | | 1 | $10 | $10 | | $6 |
| 22qt Mixing Bucket x2 | RF522 | | Good | 2 | $17 | $34 | Kitchen | $20 |
| Nobile Commercial Model Lift x5 | | | Good | 5 | $30 | $150 | | $87 |
| Noble Products Sanitizer Bucket | 511KP97RDN8L | | Good | 1 | $20 | $20 | | $12 |
| Noble Products Detergent Bucket | 511KP97GN8NL | | Good | 1 | $20 | $20 | | $12 |
| 5 Liter Detergent Bucket | Indiscernible | | Okay | 1 | $10 | $10 | | $6 |
| Casabella Brsste Everywhere Scrubber | 8514359 | | Fair | 1 | $24 | $24 | Kitchen | $14 |
| Broom and Dustpan | | | | 1 | $20 | $20 | | $12 |
| Regency Space Solutions Stand | 600DUN24368 | | Good | 1 | $200 | $200 | Storage Closet | $116 |
| Regency Space Solutions | | | | 1 | $200 | $200 | | $116 |
| Choice Pitcher | 6903217 | 1013308 | good | 1 | $10 | $10 | Kitchen | $6 |
| Laves 55 Gallon Commercial Round Trashcan x2 | 4757C0N0S5GY | 413098504 | | 2 | $45 | $90 | | $52 |
| Rubbermaid 5.5 Gallon Ice Bucket | AIP0117 | 90-8F53-A1 | Fair | 1 | $25 | $25 | | $14 |
| Ladles | | | | 3 | $5 | $15 | | $9 |
| Stirring Spatula (old and four) | SW-2 | | | 2 | $5 | $10 | | $6 |
| Micro Matic USA Compressed Gas Regulator x2 | 34DH | | | 2 | $40 | $80 | | $46 |
| Micro Matic USA Cleaner x4 | B 5/16 ID X 9/16 OD | 23397963, 24686320, | | 4 | $5 | $20 | | $12 |
| PVC Food Tubing x3 | C0325010 NSF-51 | | | 3 | $5 | $15 | | $9 |
| Green Cambridge Lid x2 | SFC2 | | | 2 | $5 | $10 | | $6 |
| Navy Cambro Lid x6 | SFC12 | | | 6 | $5 | $30 | | $17 |
| 3'x4' Display Board | | | | 1 | $80 | $80 | | $46 |
| Rubbermaid commercial mop and bucket | | | | 1 | $80 | $80 | | $46 |

#### Bergman

| Name | Type/Model | Serial Number | Quality | QTY | Market Price | Total | Retail Unit | After Depreciation per unit |
|---|---|---|---|---|---|---|---|---|
| Coffee Grinder | Bunn Coffee Mill G3 HD, BLK | G300037890 | Good | 1 | $1,039 | $1,039 | | $602 |
| ThermoPro Coffee Brewer | TP2T10A3100 - Wilbur Curtis | 12960973 | Good | 1 | $2,000 | $2,000 | | $1,160 |
| Glass Storage Container for Coffee Filters | | | Good | 1 | $20 | $20 | | $12 |
| Espresso Grinder | Mazzer Luigi Sps Super Joly Electronic 1810818 | 1810818 | Fair (this one is old) | 1 | $1,470 | $1,470 | | $853 |
| La Marzocco Espresso Machine | LINEAPB 2AV | PB015125 | Fair | 1 | $18,420 | $18,420 | | $10,684 |
| 20 oz Milk Steamer Containers x6 | | | | 6 | $7 | $42 | | $24 |
| 12 oz Milk Steamer Containers x2 | | | | 2 | $5 | $10 | | $6 |
| Stirring Spoon | | | | 1 | $5 | $5 | | $3 |
| Portafilter x3 | La Marzocco | | | 3 | $150 | $450 | | $261 |
| Professional Measuring cup (4oz) x2 | | | | 2 | $10 | $20 | | $12 |
| Pipe cleaner | | | | 1 | $15 | $15 | | $9 |
| Helping Hand Phillip Screwdriver 3/16 x 4" | | | | 1 | $10 | $10 | | $6 |
| Urnex Espresso Cleaning Brush and Scoop | | | | 1 | $15 | $15 | | $9 |
| Cup and Utensil Holder | | | | 1 | $10 | $10 | | $6 |
| Avantco Beverage Center | | | | 1 | $3,700 | $3,700 | | $2,146 |
| 3 Tier Pastry Display Case | | | | 1 | $25 | $25 | | $15 |
| Beverage Tubing 1/4 in x 20ft x3 | | | | 3 | $5 | $15 | | $9 |
| Element 7 Nitrogen Generator | 1991010 | 1018800974 | Broken (vendor says model is old and obsolete) | 1 | $2,500 | $2,500 | | $1,450 |
| 2 Tier wooden stand | | | | 1 | $20 | $20 | | $12 |
| Taylor Food Scale | 3896-21 | | Poor (gives inaccurate readings) | 1 | $20 | $20 | | $12 |
| Oxo Food Scale | None | None | | 1 | $50 | $50 | | $29 |
| 3 tier acrylic syrup containers/display | | | | 1 | $20 | $20 | | $12 |
| Kleen Pail Sanitizer Bucket | | | | 1 | $10 | $10 | | $6 |
| Noble Products Sanitizer Bucket | 511KP97RDN8L | | | 1 | $20 | $20 | | $12 |
| Black Milk Crate | | | | 12 | $5 | $60 | | $35 |
| Fire extinguisher | | | | 1 | N/A | N/A | | |
| Drying mats | | | | 3 | $5 | $15 | | $9 |
| Drain stoppers | | | | 5 | $5 | $25 | | $15 |
| Squeegee | | | | 1 | $5 | $5 | | $3 |
| Simple Syrup Bottles | | | | 1 | $5 | $5 | | $3 |
| Ice Machine Holder and Scoop | NSF S15500 | | | 1 | $160 | $160 | | $93 |
| NSF Stainless Steel | 407KB4IN | | | 1 | $100 | $100 | | $58 |
| Curtis Coffee Burner x2 | TXSG1501S600 | 13754970, 14034826 | | 2 | $280 | $560 | | $325 |
| Paint brush (to clean grinder) | Amazon Basics 1 1/12" | | | 1 | $5 | $5 | | $3 |
| Beverage Air Refrigerator | UCR48A-23 | | | 1 | $3,470 | $3,470 | | $2,341 |
| Avantco Beverage and Beer dispenser | 178UDD60HC | | | 1 | $2,000 | $2,000 | | $1,160 |
| Syrup Dispenser | | | | 4 | $10 | $40 | | $23 |
| Brewbike branded cold draw dispensers x4 | | | | 4 | $50 | $200 | | $116 |
| Metal measuring spoons | | | | 3 | $5 | $15 | | $9 |
| Coffee Cleaner Trays | | | | 3 | $10 | $30 | | $17 |
| Coffee Canister Lid | | | | 3 | $5 | $15 | | $9 |
| Red tubing | | | | 3 | $5 | $15 | | $9 |
| Clear tubing | | | | 3 | $10 | $30 | | $17 |
| Mason Jars | | | | 11 | $5 | $55 | | $32 |
| Screw driver | | | | 1 | $4 | $4 | | $2 |
| Ace Pro Series Wrench (up to 1 1/2 inch bolts) | | | | 1 | $4 | $4 | | $2 |
| Tarvol Box Cutter | | | | 1 | $4 | $4 | | $2 |
| Amazon Basics Scissors | | | | 1 | $3 | $3 | | $2 |
| Craftsman Heavy Duty Touch Lock Tape 25ft | | | | 1 | $5 | $5 | | $3 |
| Etekcity Lasergrip 774 Infrared Thermometer | | | | 1 | $30 | $30 | | $17 |
| IKEA wrench | | | | 1 | $5 | $5 | | $3 |
| Ace Pliers | | | | 1 | $5 | $5 | | $3 |
| Dump Letra/Tag Tagger | | | | 1 | $10 | $10 | | $6 |
| Tagyr Thermometer x5 | 3507T | | | 5 | $5 | $25 | | $15 |
| Target Glass Measuring Cup (2 cups) | | | | 1 | $15 | $15 | | $9 |
| PowerLix Electric Stirrer | | | | 1 | $20 | $20 | | $12 |
| Cascades Pro Napkin Dispenser | Tandem | | | 1 | $20 | $20 | | $12 |
| Barron and dustpan | | | | 1 | $10 | $10 | | $6 |
| Milk and cream dispenser | Stanley Commercial 20-00301-XXX | | | 4 | $30 | $140 | | $81 |
| Goodcook 1 gal. Pitcher | | | | 1 | $5 | $5 | | $3 |
| Rubbermaid Mop and Bucket | | | | 1 | $75 | $75 | | $44 |
| Acrylic Containers | 1218NCW135 | | | 2 | $20 | $40 | | $23 |
| Micro Matic USA Compressed Gas Regulator | 34DH | | Broken | 1 | $40 | $40 | | $46 |

| UM | | | | | | |
|---|---|---|---|---|---|---|
| Name | Type/Model | Quality | Quantity | Market Price | Total | After Depreciation |
| Bike 1 | | | 1 | $14,000 | $14,000 | $11,060 |
| Bike 2 | | | 1 | $14,000 | $14,000 | $11,060 |
| 20 Gal. Toddys | Toddy | | 3 | $629 | $1,887 | $1,491 |
| Mixing Wand | IDK | | 1 | $5 | $5 | $4 |
| Cambros | Cambro | | 6 | $20 | $120 | $95 |
| Cambro Lids | Cambro | | 6 | $5 | $30 | $24 |
| Quart Pitcher | Rubbermade | | 1 | $5 | $5 | $4 |
| Grinder | Mahlkonig GH2 USA | | 1 | $1,100 | $1,100 | $869 |
| Square POS Terminal Mobile Handheld | Square | | 2 | $299 | $598 | $472 |
| Square Charger | Square | | 2 | $1 | $2 | $2 |
| Bike Pump | Charge | | 1 | $20 | $20 | $16 |
| 2.5 Gallon Kegs | NSF | Some are "leaky" - prob. 5 | 35 | $78 | $2,730 | $2,157 |
| Scale | MyWeigh | | 1 | $45 | $45 | $36 |
| Trash Can | Rubbermade | | 1 | $20 | $20 | $16 |
| Locks | Master lock | | 4 | $15 | $60 | $47 |
| Scraper Tool | Sam Knows | | 2 | $10 | $20 | $16 |
| Tarp | HomeDepot | | 1 | $10 | $10 | $8 |
| Equip. Shelves | NSF | | 1 | $45 | $45 | $36 |
| Coolers | Coleman | | 4 | $35 | $140 | $111 |
| U-Line Cart | | | 2 | $50 | $100 | $79 |
| Basket | | | 2 | $10 | $20 | $16 |
| Nitrogen Tank | 20 cu. feet | | 4 | $80 | $320 | $253 |
| Nitrogen Tank | 40 cu. feet | | 1 | $140 | $140 | $111 |
| Regulator (2 on bike) | Micromatic | | 2 | $80 | $160 | $126 |
| Gas Tubing | | | 1 | $5 | $5 | $4 |
| Keg Pressurizer | | | 1 | $5 | $5 | $4 |
| Simple Syrup Bottles | Winco | | 8 | $13 | $104 | $82 |
| Carafe | Stanley Commercial / NSF | | 3 | $38 | $114 | $90 |
| Woven Basket | | | 1 | $30 | $30 | $24 |
| BrewBox System | These are To-go boxes/bags I think | | 1 | $5 | $5 | $4 |
| Dish Brush | Target MadebyDesign | | 1 | $10 | $10 | $8 |
| Tube Cutters | | | 1 | $5 | $5 | $4 |
| Adjustable Wrench | | | 1 | $10 | $10 | $8 |
| Clamp Wrench | | | 1 | $10 | $10 | $8 |
| Hand vacuum | TaoHorse | New | 1 | $41 | $41 | $32 |
| Ice Scoop | Winco | | 1 | $5 | $5 | $4 |
| Funnel | Vollrath | | 1 | $5 | $5 | $4 |
| Syrup Pump | Monin | | 8 | $5 | $40 | $32 |
| Box Cutter | Sam knows | | 1 | $5 | $5 | $4 |
| Gloves | Gorilla Grip | | 1 | $5 | $5 | $4 |
| Scraper | AmazonBasics | | 1 | $5 | $5 | $4 |
| Screwdrivers (Many size) | Huskey | | 1 | $5 | $5 | $4 |
| Tube Tighter | KegLand | | 1 | $5 | $5 | $4 |
| Good Thermometer | CDM Thermometer | | 1 | $5 | $5 | $4 |
| Other Lock | Sam Knows | | 1 | $5 | $5 | $4 |
| Bike Chains | | | 1 | $5 | $5 | $4 |
| Mallot | Estwing | | 1 | $5 | $5 | $4 |
| Electrical Wire Cutter | Milwokee | | 1 | $5 | $5 | $4 |
| Hot Glue Sticks (4.44) | | | 1 | $5 | $5 | $4 |
| Glue Gun | Arrow | | 1 | $15 | $15 | $12 |
| A-frame sign (1) | | | 1 | $65 | $65 | $51 |
| Acrylic sign holders | | | 1 | $5 | $5 | $4 |
| Speaker | | | 1 | $50 | $50 | $40 |

| Name | Type/Model | Serial Number | Quality | Qty | Market Price | Total Price | After Depreciation |
|---|---|---|---|---|---|---|---|
| **FAU** | | | | | | | |
| Espresso Machine | La Marzocco Linea GB5 (Market Price - $14,000) | | | 1 | | $0 | N/A |
| Espresso Machine | La Marzocco Linea PB AV Commercial Espresso Machine (Market Price - $18,420) | L042830 | Bad | 1 | | $0 | N/A |
| Barista Tools | | | | 1 | $10 | $10 | $9 |
| 1" Flat Brush | | | New | 1 | $5 | $5 | $5 |
| Knock Box | | | New | 1 | $20 | $20 | $19 |
| Pitcher Rinser | | | New | 1 | $30 | $30 | $28 |
| Shot glass | 3 oz. Shot Glass (Tripple Spout) | | New | 5 | $15 | $75 | $70 |
| Small Pitchers | 12 oz. Steaming Pitchers | | New | 4 | $20 | $80 | $74 |
| Large Pitchers | 20 oz. Steaming Pitchers | | New | 2 | $30 | $60 | $56 |
| Scale | Scale (CJ 4000) | | New | 1 | $40 | $40 | $37 |
| Group Brush | | | New | 1 | $15 | $15 | $14 |
| Tamp Mat | | | New | 1 | $20 | $20 | $19 |
| Tamp | Metallurgica Motta 58mm Ash Wood Coffee Tamper With Stainless Steel Flat Base, Black | | New | 2 | $35 | $70 | $65 |
| Leveler | Metallurgica Motta 58mm Barista Stainless Steel Coffee Leveling Tool, Black | | New | 1 | $35 | $35 | $33 |
| Swirl Spoon | | | New | 2 | $5 | $10 | $9 |
| Coffee Grinder | Bunn G2 HD 2 lb. Bulk Coffee Grinder Black 22102.0000 × 1 | G300082013 | New | 1 | $1,039 | $1,039 | $966 |
| Espresso Grinder | Anfim SCODY II On-Demand Espresso Grinder 75mm Flat Burrs × 1 | 7526 3323 2104 4248 | New | 1 | $1,400 | $1,400 | $1,302 |
| Coffee Brewer | Fetco Coffee Brewer E1221US-1X117-LM001 | 12211A11739218017 | New | 1 | $1,200 | $1,200 | $1,116 |
| Airpot Brewers | Fetco Airpot Brewers | | New | 1 | $500 | $500 | $465 |
| Kegerator | Avantco UDD-1-HC Double Tap Kegerator Beer Dispenser - Black, (1) 1/2 Keg Capacity* | | New | 1 | $1,699 | $1,699 | $1,580 |
| Single Tap Tower | | | New | 1 | $60 | $60 | $56 |
| 3 Way Tap Tower | Avantco 178TOWERTRP 3 Tap Beer Tower - 3" Column | | New | 1 | $175 | $175 | $163 |
| Nitro Regulator | Premium Dual Gauge Two Product Nitrogen Regulator | | New | 1 | $70 | $70 | $65 |
| Air Distributor | Air Distributor - 3 Way | | New | 1 | $34 | $34 | $32 |
| Ball Lock Coupler | Ball Lock Becker Home Brew Keg Tap MFL Coupler Set | | New | 1 | $13 | $13 | $12 |
| Clamps | Stainless Steel Clamp with Thumb Screw - 1/2" Black - 10 Pack | | New | 1 | $5 | $5 | $5 |
| Clamps 2 (13.3 | Oetiker Style Hose Clamps - Stepless Ear Clamps (Stainless Steel) | | New | 2 | $6 | $12 | $11 |
| Clamps 3 (15.7) | "..." | | New | 3 | $6 | $18 | $17 |
| Gas Lines | 9 Ft. 5/16 Inch I.D. Vinyl Gas Line Assembly with 2 Snap Clamps | | New | 1 | $10 | $10 | $9 |
| Beverage Lines | | | New | 1 | $10 | $10 | $9 |
| Nitro Gas Cylinders | 20 cu ft Nitrogen Cylinder for Nitro Coffee | | Okay | 4 | $84 | $336 | $312 |
| Kegs | 5 Gallon Ball Lock Keg – 8 Pack with O-Ring Kit – Dual Handle – Reconditioned | | Okay | 8 | $45 | $360 | $335 |
| Tap Handles | CHALKBOARD BEER TAP HANDLE - 8" TALL | | New | 6 | $20 | $120 | $112 |
| Clamp tool | Ear Clamps Tool for Oetiker Clamps | | New | 1 | $12 | $12 | $11 |
| **Other Tools** | | | | | | | |
| Ice Bin | Carlisle IC2250T03 Cateraide 125 lb. Mobile Tall Ice Bin | | New | 1 | $889 | $889 | $827 |
| Ice Scoop | One-Piece Aluminum Scoop - 5 oz. | | New | 1 | $60 | $60 | $56 |
| Plastic 24oz Container | | | New | 1 | $20 | $20 | $19 |
| Water Filtration | Everpure EV9797-50 Kleensteam CT Water Filtration System - 5 Micron and 1.67 GPM | | Used | 1 | $814 | $814 | $757 |
| Toddys | Toddy® 5 Gallon Commercial Cold Brew System with Lift | | New | 5 | $86 | $430 | $400 |
| Cambros | Cambro RFS22PP190 22 Qt. Translucent Round Storage Container | | New | 4 | $14 | $56 | $52 |
| Cambro Lids | Cambro RFSC12PP190 Translucent Lid for Cambro Translucent 12, 18 and 22 Qt. Round Containers | | New | 4 | $10 | $40 | $37 |
| Matcha Wisk | Tenzo 4 1/4" Bamboo Matcha Whisk | | New | 1 | $15 | $15 | $14 |
| Wisk Holder | Tenzo Porcelain Matcha Whisk Stand / Holder | | New | 1 | $5 | $5 | $5 |
| Syrup Pumps | | | New | 5 | $3 | $15 | $14 |
| Pumps - 64oz | Monin 0.5 oz. Flavoring Sauce Pump for 64fl oz. Plastic Bottles | | New | 5 | $2 | $10 | $9 |
| Pumps - 750z | Tablecraft 66128 0.25 oz. Coffee Flavoring Syrup Pump for 700 mL, 750 mL, & 1 Liter Plastic Bottles | | New | 5 | $3 | $15 | $14 |
| Carafes | Thermos FN366 32 oz. "Milk" Stainless Steel Vacuum Insulated Carafe | | New | 3 | $43 | $129 | $120 |
| Measuring Pitcher | Choice 2 Qt. (8 Cups) Clear Plastic Measuring Cup with Gradations | | New | 1 | $10 | $10 | $9 |
| Can Opener | | | New | 1 | $20 | $20 | $19 |
| Thermometers | Taylor 3509FS 3 1/2" Tube Refrigerator / Freezer Thermometer | | New | 1 | $20 | $20 | $19 |
| Key Lockbox | TTRWIN Security Key Lock Box, 4 Digit Zinc alloy Wall Mounted for Outside Spare Key Safe Box, Portable Weather Resistant Key Storage Box Hide a Key, Holds up to 5 Keys Secure Box Keys Holder | | New | 1 | $20 | $20 | $19 |
| Shelf Labels | Lenink 30Pcs Wire Shelf Label Holders with 30Pcs Label Paper Inserts, Plastic Wire Rack Label Holder Compatible with Metro and Nexel 1-1/4in Shelves, Label Area 3in Lx1.25in H | | New | 1 | $20 | $20 | $19 |
| Pastry Display Case | | | New | 1 | $20 | $20 | $19 |
| Mini Cake Display | | | New | 1 | $20 | $20 | $19 |
| Tea Holder | | | New | 1 | $20 | $20 | $19 |
| Uline Push Cart | | | New | 1 | $20 | $20 | $19 |
| POS | | | Good | 1 | $50 | $50 | $47 |
| Receipt Printer | | | Good | 1 | $20 | $20 | $19 |
| Under Counter Fridge | | | Good | 1 | $20 | $20 | $19 |
| Reach in Fridge | | | Good | 1 | $20 | $20 | $19 |
| Ice Machine | | | Good | 1 | $20 | $20 | $19 |
| Equip. Shelves | | | Okay | 1 | $20 | $20 | $19 |
| **Marketing** | | | | | | | |
| ACS horizontal | MaxGear Slant Back Sign Holder, Acrylic Sign Holder 8.5x11 inches, Plastic Sign Holders Sign Display Holder Clear Acrylic Sign Holders, Table Top Sign Holder for Office, Store, Landscape 3 Pack | | New | 1 | $20 | $20 | $19 |
| ACS vertical | MaxGear Acrylic Sign Holder, Clear Sign Holder Plastic Paper Holder Slant Back Sign Holders 8.5x11 inches Sign Holder Plastic Display Stand for Office, Store, 3 Pack | | New | 1 | $20 | $20 | $19 |
| A-frame signs | | | New | 2 | $20 | $40 | $37 |
| **Cleaning** | | | | | | | |
| Mop | | | Okay | 1 | $10 | $10 | $9 |
| Broom & Dust Pan | | | Okay | 1 | $10 | $10 | $9 |
| Trash Can | | | New | 3 | $30 | $90 | $84 |
| Rags (4 colors/kinds) | | | New | 4 | $5 | $20 | $19 |
| Laundry Bag | | | New | 1 | $10 | $10 | $9 |
| Drying Rack | | | New | 1 | $10 | $10 | $9 |
| Drying Caddy | | | New | 1 | $10 | $10 | $9 |
| Scrub Pads | | | New | 1 | $10 | $10 | $9 |
| Long Scrub Brush | | | New | 1 | $8 | $8 | $7 |
| Small Scrub Brush | | | New | 1 | $10 | $10 | $9 |
| Mop bucket | | | Okay | 1 | $10 | $10 | $9 |

| UVA | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Type/Model | Serial Number | Quality | Quantity | Market Price | Total Price | After Depreciation |
| Brewbike | New Bike | | New (1 Year Old) | 1 | $14,000 | $14,000 | $13,020 |
| Toddy - 20 Gallon | Forgeworks | | | 3 | $400 | $1,200 | $1,116 |
| Keg 2.5 Gallon | Not sure how many they have but they have a good amount - maybe 5-10? | | | 9 | $78 | $702 | $653 |
| Coffee Brewer | Bunn,Single TF DBC | SNG0069763 | Good | 1 | $1,528 | $1,528 | $1,421 |
| FOH Fridges | Refrigerator, Undercounter MUR-48 | MU4RA02027, MU4RA02036 | Good | 1 | $3,221 | $3,221 | $2,996 |
| BOH Fridge | AHT232WUT-FHS | T24241E06 | Good | 1 | $18,000 | $18,000 | $16,740 |
| BOH Ice Maker | Manitowoc, IY-GH2(HC-880) | 1120066921 | Good | 1 | $3,200 | $3,200 | $2,976 |
| Batch Grinder | GH2(HC-880) | 10U0003212 | New | 1 | $1,100 | $1,100 | $1,023 |
| Espresso Grinder (old) | Fiorenzato, F4EV2 | 453923 | Okay, Unreliable | 1 | $500 | $500 | $465 |
| Espresso Grinder (new) | Fiorenzato, F4EV2 | | New | 1 | $1,050 | $1,050 | $977 |
| Kegerator 1 | Avantco UDD-60- | | Brand New | 1 | $1,949 | $1,949 | $1,813 |
| Kegerator 2 | MUF-48 | MU4F910019 | Old-Broken | 1 | $3,600 | $3,600 | $3,348 |
| Microwave | Panasonic Commercial Microwave, NE-1054F T | 6H57180489 | Good | 1 | $400 | $400 | $372 |
| Coffee Grinder | Bunn, G9-2T DBC | G900100609 | Okay | 1 | $1,415 | $1,415 | $1,316 |
| Hot Water Machine | Bunn, H5E | HE00025153 | Good | 1 | $1,089 | $1,089 | $1,013 |
| Espresso Machine | La Marzocco, GB/5 3 AV (Market Price - $18,420) | GB011127 | Good (Possible Scaling Issue?) | 1 | $18,420 | $18,420 | $17,131 |
| CAV/FLEX reader | Verifone VX520 | 280379585 | Good | 1 | $100 | $100 | $93 |
| Square Printer | Star Micronics, TSP100 Receipt Printer | 2550620121303116 | Good | 1 | N/A | $0 | $0 |
| Square POS | Square Register POS - Retail | 121CS134A2000289 | New | 1 | $800 | $800 | $744 |
| Grubhub IPAD | IPad | | Good | 1 | N/A | $0 | $0 |
| Airpots | Bunn,TF SERVER DSG2 | TF00576279, TF00576307 | Good | 1 | $488 | $488 | $454 |
| 3 compartment sink | Eagle, 310-10-3-12 | 708241854 | Okay | 1 | $1,999 | $1,999 | $1,859 |
| Pastry Case | RPI Industries, SCRFC7248R | | | 1 | N/A | $0 | $0 |
| Small Monitors | Samsung, ME40B | | Okay, unreliable | 1 | $200 | $200 | $186 |
| Large Monitor | Samsung, ME65B | | Broken | 1 | $900 | $900 | $837 |
| Drop In Ice Bin | Supreme Metal, D- | | Good | 1 | $1,389 | $1,389 | $1,292 |
| Sink, Drop-In | Advance Tabco, DI- | | Good | 1 | $380 | $380 | $353 |
| American Box Towers | UBC Group, PTB12SS | | Good | 1 | $400 | $400 | $372 |
| Undercounter Dishmachine | Moyer Diebel, 201HT(40) | | Unknown | 1 | N/A | $0 | $0 |
| Standard Hand Sink | Advance Tabco, 7- | | Good | 1 | $700 | $700 | $651 |
| Mop Sink | Zum, Z1996-24 | | Good | 1 | $140 | $140 | $130 |
| Coolers | igloo? | | good | 2 | $35 | $70 | $65 |
| POS for bike | Ipad + Stand | | good | 1 | $478 | $478 | $445 |
| Portafilters | Different size baskets with these | | good | 4 | $160 | $640 | $595 |
| Water filter | | | good? | 1 | $800 | $800 | $744 |
| Gas tank | Nitro Tank - 20cu | | Good | 3 | $80 | $240 | $223 |
| Gas tank | Nitro Tank - 40cu. | | Good | 1 | $140 | $140 | $130 |

| JMU | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Type/Model** | **Quality** | **Qty** | **Market Price** | **Total Price** | **After Depreciation** |
| **Coffee** | | | | | | |
| Coffee Brewer | Fetco XTS 2131 | | 1 | $900.00 | $900 | $837 |
| Coffee Grinder | Malkhonig GH2 | | 1 | $1,100.00 | $1,100 | $1,023 |
| Airpot | | | 4 | $74.00 | $296 | $275 |
| Coffee Scale | | | 1 | $20.00 | $20 | $19 |
| Plastic Measuring Cups | | | 1 | $10.00 | $10 | $9 |
| 20 Gallon Toddy | Forge works | 4 - brand new | 6 | $400.00 | $2,400 | $2,232 |
| 5 Gallon Kegs | | | 8 | $45.00 | $360 | $335 |
| Cambro | | | 4 | $20.00 | $80 | $74 |
| Carafes | | | 4 | $25.00 | $100 | $93 |
| Hand Vacuum | | | 1 | $40.00 | $40 | $37 |
| Pre-Fabricated, Mobile Bar Unit (Includes all built-in equipment + Kegerator & NItro Generator) | | | 1 | $18,239 | $18,239 | $16,962 |
| **Technology** | | | | | | |
| POS Square Card Reader | | New | 1 | $50.00 | $50 | $47 |
| Speaker | | New | 1 | $50.00 | $50 | $47 |
| POS System | | Okay | 1 | - | $0 | $0 |
| **Commissary Space** | | | | | | |
| Uline Push Cart | | Good | 1 | $290.00 | $290 | $270 |
| **Marketing** | | | | | | |
| Platic A-frame Signs | | New | 3 | $65.00 | $195 | $181 |

| Elon | | | | | | |
|---|---|---|---|---|---|---|
| **Name** | **Type/Model** | **Quality** | **Qty** | **Market Price** | **Total Price** | **After Depreciation** |
| **Coffee** | | | | | | |
| Coffee Brewer | Fetco XTS2131 | | 1 | $900 | $900 | $837 |
| Batch Coffee Grinder | Malkhonig GH2 | | 1 | $1,100 | $1,100 | $1,023 |
| Airpot | | | 3 | $74 | $222 | $206 |
| Coffee Scale | | | 1 | $20 | $20 | $19 |
| Plastic Measuring Cups | | | 1 | $10 | $10 | $9 |
| 10 Gal. Toddy | Toddy | | 3 | $400 | $1,200 | $1,116 |
| 5 Gallon Kegs | Ball & Lock Joint | | 5 | $45 | $225 | $209 |
| Cambro | | | 3 | $20 | $60 | $56 |
| Carafes | | | 4 | $25 | $100 | $93 |
| Nitrogen tanks | 20 cu. feet | | 5 | $80 | $400 | $372 |
| **Bar** | | | | | | |
| Pre-Fabricated, Mobile Bar Unit (Includes all built-in equipment + Kegerator & NItro Generator) | | | 1 | $18,239 | $18,239 | $18,239 |
| POS Square (iPad) | Square Stand | New | 1 | $478 | $478 | $478 |
| Speaker | | New | 1 | $50 | $50 | $50 |
| **Commissary Space** | | | | | | |
| Uline Push Cart | | Good | 1 | $290 | $290 | $290 |
| **Marketing** | | | | | | |
| Platic A-frame Signs | | New | 5 | $65 | $325 | $325 |

| TX State | | | | | | | |
|---|---|---|---|---|---|---|---|
| Name | Type/Model | Serial Number | Quality | Quantity | Market Price | Total | After Depreciation |
| Bar - Version 1 Model | | | | 1 | $18,239 | $18,239 | $16,962 |
| Brewbike | Version 2 | | | 1 | $14,000 | $14,000 | $13,020 |
| Gh2 mahlkonig coffee grinder | Gh2(hc-880) | 10u0001408 | Good | 1 | $1,100 | $1,100 | $1,023 |
| Square Handheld Terminal | | | New | 1 | $299 | $299 | $278 |
| Kitchen scale | | | Good | 1 | $15 | $15 | $14 |
| Push cart | | | | 1 | $100 | $100 | $93 |
| Craftsman tool kit | | | New | 1 | $75 | $75 | $70 |
| Printer | Mp20 | 100-240v | | 1 | $100 | $100 | $93 |
| Ink cartridges | | | | 1 | $20 | $20 | $19 |
| 4 -20 liter buckets | | | | 1 | $10 | $10 | $9 |
| Spoons | | | | 1 | $5 | $5 | $5 |
| Stir sticks | | | | 1 | $5 | $5 | $5 |
| Wooden spoons | | | | 1 | $5 | $5 | $5 |
| 5 Gallon Kegs | | | | 8 | $45 | $360 | $335 |
| 2.5 Gallon Kegs | | | | 20 | $78 | $1,560 | $1,451 |
| Thermo | | | | 1 | $10 | $10 | $9 |
| Bike cover | | | | 1 | $20 | $20 | $19 |
| Umbrella | | | | 1 | $40 | $40 | $37 |
| Hand warmers | | | | 1 | $5 | $5 | $5 |
| Bubble wrap | | | | 1 | $5 | $5 | $5 |
| Pastry case | | | | 1 | $120 | $120 | $112 |
| Todday - 20 Gal | | | | 2 | $629 | $1,258 | $1,170 |
| Hand sanitizer | | | | 1 | $5 | $5 | $5 |
| Scales | | | | 1 | $5 | $5 | $5 |
| Label maker | | | | 1 | $60 | $60 | $56 |
| White keg straps | | | | 1 | $30 | $30 | $28 |
| Laptop | | | | 1 | $800 | $800 | $744 |

## UT Austin

| Name | Type/Model | Serial Number | Quality | Retail Unit | Quantity | Market Price |
|------|-----------|---------------|---------|-------------|----------|--------------|
| Van  |           |               |         |             | **1**    | $20,000.00   |
| Bike |           |               |         |             | **1**    | $14,000.00   |

| UTAH | | | | | | |
|---|---|---|---|---|---|---|
| Name | Type/Model | Quality | Quantity | Market Price | Total Price | After Depreciation |
| Bikes | | | 2 | $14,000.00 | $28,000.00 | $26,040.00 |
| Pushcart | ULINE UTILITY CART - 45 X 25 X 33", BLACK | New | 2 | $135.00 | $270.00 | $251.10 |
| 2.5 Kegs | 2.5 Gallon Homebrew Keg - NEW Ball Lock - | New | 32 | $78.00 | $2,496.00 | $2,321.28 |
| Coffee grinder | Malkhonig GH2 | New | 1 | $1,100.00 | $1,100.00 | $1,023.00 |
| Toddy | Toddy TPS20US Pro Series 20 Gallon | New | 2 | $829.00 | $1,658.00 | $1,541.94 |
| Square POS | Square Terminal - Mobile Handheld | New | 2 | $299.00 | $598.00 | $556.14 |
| Milk Carafes | Service Ideas 10-00744-000 1 liter Creamer w/ No Drip Lip, Stainless Vacuum Insulation | New | 8 | $39.00 | $312.00 | $290.16 |
| Cambros with Spouts | Cambro DSPR6 6 Gallon Beverage / Juice Dispenser | New | 4 | $28.00 | $112.00 | $104.16 |
| Cambro Stand | Choice Black 3 and 6 Gallon Round Beverage Dispenser Base | New | 4 | $8.99 | $35.96 | $33.44 |
| Cambro | Cambro RFS22PP190 22 Qt. Translucent Round Storage Container | New | 6 | $12.50 | $75.00 | $69.75 |
| Measuring cups | Winco 5-Piece Measuring Cup Set, Polycarbonate, Clear | New | 1 | $25.00 | $25.00 | $23.25 |
| Large Stir Stick | 48" Stainless Steel Paddle | New | 4 | $22.00 | $88.00 | $81.84 |
| 12 oz scoop | | New | 2 | $30.00 | $60.00 | $55.80 |
| 20 cu. ft (5lb) Nitrogen Tanks | Reconditioned 40 cu ft Steel Nitrogen Cylinder | New | 8 | $114.00 | $912.00 | $848.16 |
| Cup and Lid Holder | Fancy cup 4 Compartment, Acrylic Black | New | 2 | $30.00 | $60.00 | $55.80 |
| Round Cup and Lid Holder, round | Fancy cup 4 Compartment, Acrylic Black | New | 2 | $30.00 | $60.00 | $55.80 |
| Airpots | | Used | 1 | $500.00 | $500.00 | $465.00 |
| Shelving Units | Uline - Black Wire Shelving Unit - 48 x 24 x 63" | New | 2 | $200.00 | $400.00 | $372.00 |
| 7G Clean water | Blue 7G jug | New | 1 | $19.00 | $19.00 | $17.67 |
| 6G dirty water | Blue 6G | New | 2 | $19.00 | $38.00 | $35.34 |
| Coffee brewer | Fetco CBS52H | Used | 1 | $2,289.00 | $2,289.00 | $2,128.77 |
| Cambros | Cambro RFS22PP190 22 Qt. Translucent Round Storage Container | New | 6 | $12.49 | $74.94 | $69.69 |
| Spray bottles | Continental 24 oz. Plastic Spray Bottle with 8" Adjustable Trigger | New | 4 | $2.59 | $10.36 | $9.63 |
| Paddles | 48" Stainless Steel Paddle | New | 4 | $21.49 | $85.96 | $79.94 |
| Box cutter | Cosco 091467 Yellow Plastic Knife with Retractable Blade (Special Order) | New | 1 | $4.00 | $4.00 | $3.72 |
| Bike trailer | Brewbike bike trailer | New | 1 | $100.00 | $100.00 | $93.00 |
| Ice chest | Ice chest - whtw igloo 48QT | New | 1 | $39.99 | $39.99 | $37.19 |
| Bluetooth speaker | Bluetooth Speaker,MusiBaby Speaker,Outdoor, Portable,Waterproof,Wireless Speakers,Dual Pairing, Bluetooth 5.0,Loud Stereo,Booming Bass,1500 Mins Playtime for Home&Party Black | New | 1 | $31.00 | $31.00 | $28.83 |
| Tool set | CARTMAN 148Piece Tool Set General Household Hand Tool Kit with Plastic Toolbox Storage Case Socket and Socket Wrench Sets | New | 1 | $29.99 | $29.99 | $27.89 |
| Bins | Stack and Nest Container - 18 x 11 x 7", Red ULINE | New | 1 | $54.00 | $54.00 | $50.22 |
| Bines | Round Trip Totes - 25.2 x 15.5 x 11", Gray ULINE | New | 1 | $84.00 | $84.00 | $78.12 |
| gas gauges | | New | 1 | $8.00 | $8.00 | $7.44 |
| Chalk A-Frame | | New | 1 | $15.00 | $15.00 | $13.95 |
| scale | | New | 1 | $40.00 | $40.00 | $37.20 |
| Sanitize buckets | Red buckets | New | 1 | $20.00 | $20.00 | $18.60 |

## UH

| Name | Type/Model | Serial Number | Quality | Quantity | Market Price | Total | Price |
|---|---|---|---|---|---|---|---|
| **Bar** | Fabricated bar with Keg, and Nitro Tank | | New | 2 | $18,239.00 | $36,478 | $33,925 |
| **Coffee** | | | | | | | |
| Coffee Brewer | Aventco c15 | 36010320 | New | 2 | $184.99 | $370 | $344 |
| Coffee Grinder | GH2 Mahlkonig HC-880 (550W 90A 110 V 60 HZ Burrs flat 84mm) | 10V0001408 | 2019 | 1 | $1,100.00 | $1,100 | $1,023 |
| Airpot | Bunn 2.5 Liter | | New | 8 | $48.00 | $384 | $357 |
| Coffee Grinder | Rancilio KRYO 65 OD | 25127165 | New | 2 | $1,785.00 | $3,570 | $3,320 |
| Coffee Scale | | | New | 2 | $15.00 | $30 | $28 |
| Plastic Measuring Cups | 3x 8 oz / 1x 32 oz | | New | 1 | $5.00 | $5 | $5 |
| Toddy's | Forgeworks 20 gallon | | New | 4 | $400.00 | $1,600 | $1,488 |
| 5 Gallon Kegs | Super Champion 5 gallon | | 3 damaged | 16 | $45.00 | $720 | $670 |
| 5 Gallon Toddy | | | New | 2 | $30.00 | $60 | $56 |
| Cambro | 46 quart | | New | 4 | $20.00 | $80 | $74 |
| Milk Dispensers | | | New | 2 | $20.00 | $40 | $37 |
| **Technology** | | | | | | | |
| POS Square Terminal | Square | | New | 2 | $299.00 | $598 | $556 |
| Speaker | | | New | 1 | $50.00 | $50 | $47 |
| iPad Tablet | Apple | | Okay | 1 | $329.00 | $329 | $306 |
| **Marketing** | | | | | | | |
| Platic A-frame Signs | | | New | 7 | $65.00 | $455 | $423 |
| | | | | | | $45,540 | $42,352 |

**Fill in this information to identify the case:**

Debtor name **BrewBike, Inc.**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name      **BrewBike, Inc.**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Florida Department of Revenue**<br>**8175 NW 12th St. Ste. 119**<br>**Doral, FL 33126-1828** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $4,722.64 | $4,722.64 |
| | Date or dates debt was incurred<br>**2019, 2022** | Basis for the claim:<br>**Corporate Income Tax, Sales & Use Tax** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Aaron Caulfield**<br>**1615 Wyndham Road**<br>**Camp Hill, PA 17011** | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | Unknown |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Simple Agreement for Future Equity**<br>Is the claim subject to offset? ■ No  ☐ Yes | |
| 3.2 | Nonpriority creditor's name and mailing address<br>**Airgas, Inc.**<br>**259 North Radnor-Chester Road**<br>**Suite 100**<br>**Radnor, PA 19087-5283** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $54.50 |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim:  **Vendor**<br>Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **BrewBike, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,558.00 |
|---|---|---|---|

**Akers Packaging Service Group**
**2820 Lefferson Road**
**Middletown, OH 45044**

Date(s) debt was incurred ___

Last 4 digits of account number  **0326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bia Foods**
**Attn: Carlos Bosch**
**Wickhams Cay I Road Town, Tortola**
**BVI VG 11100**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bill Nye**
**1600 N Fairfax Ave**
**Los Angeles, CA 90046**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,745.00 |
|---|---|---|---|

**Boelter Brands LLC**
**ATTN: Officer or Managing Agent**
**PO Box 734296**
**Chicago, IL 60673-4296**

Date(s) debt was incurred  **7/13/2022**

Last 4 digits of account number  **5435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brex, Inc.**
**115 Sansome Street Suite 1200**
**San Francisco, CA 94104**

Date(s) debt was incurred ___

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**CEAS Investments I, LLC**
**110 E Atlantic Ave Suite 320**
**Delray Beach, FL 33444**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Chicago Booth Angels**
**5807 S Woodlawn Ave**
**Chicago, IL 60637**

Date(s) debt was incurred ___

Last 4 digits of account number ___

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BrewBike, Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,100.50** |
|---|---|---|---|

**Cogency Global Inc.**
**111 W Washington St # 1447**
**Chicago, IL 60602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Connetic Ventures**
**910 Madison Ave**
**Covington, KY 41011**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Simple Agreement for Future Equity**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$422.00** |
|---|---|---|---|

**Coyote Logistics**
**2545 W Diversey Ave**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/30/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$9,106.00** |
|---|---|---|---|

**Creative Alignments, LLC**
**7152 Gold Nugget Dr**
**Longmont, CO 80503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/31/2022**

Basis for the claim:  **Vendor**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**David and Karen Sobotka**
**34 W 10th Street**
**New York, NY 10011**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim:  **Simple Agreement for Future Equity**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,158.00** |
|---|---|---|---|

**Davis Wright Tremaine LLP**
**1300 SW Fifth Avenue Suite 2400**
**Portland, OR 97201-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/20/2022**

Basis for the claim:  **Debt Collector**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,103.50** |
|---|---|---|---|

**Davis Wright Tremaine LLP**
**1300 SW Fifth Avenue Suite 2400**
**Portland, OR 97201-5610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/17/2021**

Basis for the claim:  **Debt Collector**

Last 4 digits of account number  **0001**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **BrewBike, Inc.**  Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** |

**Deputy Corporation**
**3280 Peachtree Rd NE FL 7**
**Atlanta, GA 30305-2430**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.         **$916.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** |

**Eric Rubenstein**
**13301 Ponderosa Way**
**Fort Myers, FL 33907**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.         **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** |

**Fox, Swibel, Levin & Carroll, LLP**
**200 W Madison St Ste 3000**
**Chicago, IL 60606**

Date(s) debt was incurred ____
Last 4 digits of account number  **4005**

As of the petition filing date, the claim is: Check all that apply.         **$9,226.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.20 | **Nonpriority creditor's name and mailing address** |

**Google LLC**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

Date(s) debt was incurred ____
Last 4 digits of account number  **2421**

As of the petition filing date, the claim is: Check all that apply.         **$1,582.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.21 | **Nonpriority creditor's name and mailing address** |

**Greta Bollmeier**
**8950 Bellefonte Rd.**
**Henrico, VA 23229**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.         **$1,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Wages**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.22 | **Nonpriority creditor's name and mailing address** |

**HTEC Group Inc.**
**535 Mission St 14th Floor**
**San Francisco, CA 94105**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.         **$307.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| 3.23 | **Nonpriority creditor's name and mailing address** |

**Joseph Mansueto**
**400 N Michigan Ave**
**Suite 350**
**Chicago, IL 60611**

Date(s) debt was incurred ____
Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.         **Unknown**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **BrewBike, Inc.**
       Name

Case number *(if known)* _____

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Koto Studio, LLC**
**9014 Lindblade Street**
**Culver City, CA 90232**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$274.00** |
|---|---|---|---|

**Lechner Services**
**420 Kingston Ct**
**Mount Prospect, IL 60056**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Mats Lederhausen**
**600 N Fairbanks Ct**
**Chicago, IL 60611**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nuzee, Inc.**
**2865 Scott Street Suite 107**
**Vista, CA 92081**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,415.00** |
|---|---|---|---|

**Optimal Financial Systems, Inc.**
**429 Santa Monica Blvd Suite 320**
**Santa Monica, CA 90401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Accounting Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00** |
|---|---|---|---|

**Patrick McCarthy**
**20-32 43rd St.**
**Astoria, NY 11105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Unpaid Wages**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,054.00** |
|---|---|---|---|

**Patrick McCarthy**
**20-32 43rd St.**
**Astoria, NY 11105**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Reimbursement**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | BrewBike, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.31 | Nonpriority creditor's name and mailing address<br>**Pulley Collective**<br>**175 Van Dyke St**<br>**Brooklyn, NY 11231** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$23,320.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.32 | Nonpriority creditor's name and mailing address<br>**Randy Paris**<br>**18806 Sherwood**<br>**Helotes, TX 78023** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,538.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Unpaid Wages__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.33 | Nonpriority creditor's name and mailing address<br>**RSM US LLP**<br>**1455 Market St Unit 600**<br>**San Francisco, CA 94103** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,100.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.34 | Nonpriority creditor's name and mailing address<br>**Ruby Rock Investments**<br>**ATTN: Eric Rubenstein**<br>**13301 Ponderosa Way**<br>**Fort Myers, FL 33907** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Simple Agreement for Future Equity__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.35 | Nonpriority creditor's name and mailing address<br>**Sierra Bloodgood**<br>**1115 S La Peer Drive**<br>**Los Angeles, CA 90035** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$11,538.00** |
| | Date(s) debt was incurred  6/1/2022<br>Last 4 digits of account number _ | Basis for the claim: __Unpaid Wages__<br><br>Is the claim subject to offset? ☐ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.36 | Nonpriority creditor's name and mailing address<br>**Square**<br>**1455 Market St Unit 600**<br>**San Francisco, CA 94103** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,035.00** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.37 | Nonpriority creditor's name and mailing address<br>**Steve Kaplan**<br>**5648 South Dorchester Ave**<br>**Chicago, IL 60637** | As of the petition filing date, the claim is: Check all that apply.<br>■ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: __Simple Agreement for Future Equity__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | BrewBike, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.38** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Steve Rogin
1549 Forest Avenue
Highland Park, IL 60035

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Simple Agreement for Future Equity</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00**

Sticker Mule
336 Forest Ave
Amsterdam, NY 12010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,250.00**

Studio Koto
9014 Lindblade Street
Culver City, CA 90232

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred <u>7/19/2022</u>

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number <u>0283</u>

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Techra Investments
ATTN: Mark Tebbe
225 N Columbus Drive Suite 100
Chicago, IL 60601

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Simple Agreement for Future Equity</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

The Coca-Cola Company
1 Coca Cola Pl SE
ATTN: Legal Department
Atlanta, GA 30313

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Vendor</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Thomas Chisholm, Jr.
1864 Fairview Street
Birmingham, MI 48009

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Simple Agreement for Future Equity</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Venetia Kontogouris
10 Old Hyde Rd
Weston, CT 06883

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** <u>Simple Agreement for Future Equity</u>

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **BrewBike, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Venkon LLC**
**10 Old Hyde Road**
**Weston, CT 06883**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$784.81** |
|---|---|---|---|

**Verizon**
**Attn: VSAT**
**180 Washington Valley Road**
**Bedminster, NJ 07921**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  6/30/2022

Last 4 digits of account number _

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Walter Burke III**
**1000 Skokie Blvd**
**Suite 425**
**Wilmette, IL 60091**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Simple Agreement for Future Equity**

Is the claim subject to offset? ■ No  ☐ Yes

---

## Part 3:    List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Akers Packaging Service Group**<br>**P.O. Box 78000**<br>**Detroit, MI 48278-1330** | Line  **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Boelter Brands LLC**<br>**1071 W Division St**<br>**Chicago, IL 60642** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Deputy Corporation**<br>**PO Box 105603 PMB 77267**<br>**Atlanta, GA 30348-5603** | Line  **3.17**<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 4,722.64 |
| 5b. Total claims from Part 2 | 5b. + | $ | 114,888.11 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 119,610.75 |

**Fill in this information to identify the case:**

Debtor name  **BrewBike, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest: **Guest Restaurant Partnership Subcontract Agreement (ASU)**<br><br>State the term remaining: **ends 8/16/2024**<br><br>List the contract number of any government contract: **N/A** | **Aramark Educational Services, LLC**<br>**2400 Market Street**<br>**Philadelphia, PA 19103** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest: **Guest Restaurant Partnership Subcontract Agreement (JMU)**<br><br>State the term remaining:<br><br>List the contract number of any government contract: **N/A** | **Aramark Educational Services, LLC**<br>**2400 Market Street**<br>**Philadelphia, PA 19103** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest: **Guest Restaurant Partnership Subcontract Agreement (UVA)**<br><br>State the term remaining:<br><br>List the contract number of any government contract: **N/A** | **Aramark Educational Services, LLC**<br>**2400 Market Street**<br>**Philadelphia, PA 19103** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest: **Subcontract Agreement (FAU)**<br><br>State the term remaining: **ends 10/3/2023**<br><br>List the contract number of any government contract: **N/A** | **Compass Group USA, Inc.**<br>**d/b/a Chartwells**<br>**2 International Drive**<br>**Rye Brook, NY 10573** |

Debtor 1    **BrewBike, Inc.**                                                    Case number (*if known*) _____
            First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement (Northwestern)** | |
|---|---|---|---|
| | State the term remaining | **ends 10/7/2023** | **Compass Group USA, Inc. d/b/a Chartwells 2 International Drive Rye Brook, NY 10573** |
| | List the contract number of any government contract | **N/A** | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement (Texas State)** | |
|---|---|---|---|
| | State the term remaining | **ends 7/1/2023** | **Compass Group USA, Inc. d/b/a Chartwells 2 International Drive Rye Brook, NY 10573** |
| | List the contract number of any government contract | **N/A** | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement (UH)** | |
|---|---|---|---|
| | State the term remaining | **ends 8/1/2023** | **Compass Group USA, Inc. d/b/a Chartwells 2 International Drive Rye Brook, NY 10573** |
| | List the contract number of any government contract | **N/A** | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Subcontract Agreement (U-Miami)** | |
|---|---|---|---|
| | State the term remaining | **ends 7/1/2023** | **Compass Group USA, Inc. d/b/a Chartwells 2 International Drive Rye Brook, NY 10573** |
| | List the contract number of any government contract | **N/A** | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll Service** | |
|---|---|---|---|
| | State the term remaining | | **Gusto 525 20th St San Francisco, CA 94107** |
| | List the contract number of any government contract | | |

Debtor 1    **BrewBike, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*



### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Co-Packing and Manufacturing Agreement** | |
|---|---|---|---|
| | State the term remaining | | **NuZee**<br>**d/b/a Coffee Blenders, Inc.**<br>**2865 Scott St. Suite 107** |
| | List the contract number of any government contract | **N/A** | **Vista, CA 92081** |

**Fill in this information to identify the case:**

Debtor name        **BrewBike, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                          12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.2 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.3 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |
| 2.4 | _____ | Street _____ / City  State  Zip Code | _____ | ☐ D  ☐ E/F  ☐ G |

**Fill in this information to identify the case:**

Debtor name   **BrewBike, Inc.**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF ILLINOIS

Case number (if known)

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

---

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| **For prior year:**<br>From **7/01/2022** to **Filing Date** | ☐ Operating a business<br>■ Other **Operating a Business (Estimated)** | $3,000.00 |
| **For year before that:**<br>From **7/01/2021** to **6/30/2022** | ■ Operating a business<br>☐ Other | $549,673.81 |
| **For the fiscal year:**<br>From **7/01/2020** to **6/30/2021** | ■ Operating a business<br>☐ Other | $448,187.59 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
| --- | --- | --- | --- |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

Debtor    **BrewBike, Inc.**                                                    Case number *(if known)* _____

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Debtor   **BrewBike, Inc.**  _____   Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Hiltz Zanzig & Heiligman LLC**<br>**53 West Jackson**<br>**Suite 1301**<br>**Chicago, IL 60604** | **Attorney Fees & Costs** | **10/12/2022** | **$7,838.00** |
| | Email or website address<br>**awhitt@hzhlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Cartel Coffee Lab, LLC**<br>**ATTN: Amy Murphy**<br>**1605 W University Dr. # 101**<br>**Tempe, AZ 85282** | **All Debtor's equipment located at Arizona State University** | **10/11/2022** | **$15,000.00** |
| | Relationship to debtor<br>**None / Third-Party Buyer** | | | |

Debtor   **BrewBike, Inc.**                                                        Case number *(if known)* _____

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.2<br>. **Fox Ford Lincoln**<br>**2501 N. Elston Ave**<br>**Chicago, IL 60647** | **Ford Van** | **10/5/2022** | **$8,664.40** |
| **Relationship to debtor**<br>**None / Third-Party Buyer** | | | |
| 13.3<br>. **Griffith Ford**<br>**2661 NIH 35**<br>**San Marcos, TX 78666** | **Ford Van** | **6/9/2022** | **$13,000.00** |
| **Relationship to debtor**<br>**None / Third-Party Buyer** | | | |

**Part 7:**   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| 14.1. **1906 Tillotson Ave.**<br>**Austin, TX 78702** | **12/4/2019-11/22/2022** |

**Part 8:**   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services<br>the debtor provides | If  debtor provides meals<br>and housing, number of<br>patients in debtor's care |
|---|---|---|

**Part 9:**   Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Contact Information of Customers.  (See Sch. A/B, No. 63.)**
   Does the debtor have a privacy policy about that information?
   ☐ No
   ■ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

Debtor   **BrewBike, Inc.**                                                    Case number *(if known)* _____

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **828 Gaffield Pl.**<br>**Evanston, IL 60201** | **Contact: Jay Smith -**<br>**Jay.Smith@compass-usa**<br>**.com** | **(See Exhibit 1 to Schedule A/B, p. 1.)** | ☐ No<br>■ Yes |
| **Atlantic Storage**<br>**7020 Normandy Blvd.**<br>**Jacksonville, FL 32205** | **Contact: Amy Martin -**<br>**seasidebrew@gmail.com** | **(See Exhibit 1 to Schedule A/B, p. 2.)** | ☐ No<br>■ Yes |
| **Atlantic Storage**<br>**7020 Normandy Blvd.**<br>**Jacksonville, FL 32205** | **Contact: Amy Martin -**<br>**seasidebrew@gmail.com** | **(See Exhibit 1 to Schedule A/B, p. 3.)** | ☐ No<br>■ Yes |
| **University of Virginia**<br>**1827 University Avenue**<br>**Charlottesville, VA 22903** | **Contact: Derrick Trussell**<br>**-**<br>**trussell-derrick@aramark**<br>**.com** | **(See Exhibit 1 to Schedule A/B, p. 4.)** | ☐ No<br>■ Yes |
| **Valley Storage**<br>**4068 Early Rd**<br>**Harrisonburg, VA 22801** | **Contact: John McComb -**<br>**johndmccomb@gmail.co**<br>**m** | **(See Exhibit 1 to Schedule A/B, p. 5.)** | ☐ No<br>■ Yes |
| **Elon University**<br>**100 Campus Dr**<br>**Elon, NC 27244** | **Contact: Laura**<br>**Thompson -**<br>**thompson-laura@harvest**<br>**tableculinary.com** | **(See Exhibit 1 to Schedule A/B, p. 6.)** | ☐ No<br>■ Yes |

Debtor   **BrewBike, Inc.**                                      Case number *(if known)* _____

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Texas State University Storage**<br>**1620 S Interstate 35**<br>**San Marcos, TX 78666** | **Contact: Jonathan Sorensen - jonathan.sorenson@compass-usa.com** | **(See Exhibit 1 to Schedule A/B, p. 7.)** | ☐ No<br>■ Yes |
| **Public Storage**<br>**5016 E Ben White Blvd.**<br>**Austin,, TX 78741** | **Contact: osiomelaniel@gmail.com** | **(See Exhibit 1 to Schedule A/B, p. 8.)** | ☐ No<br>■ Yes |
| **The Storage House**<br>**242 E Coatsville Ave.**<br>**Salt Lake City, UT 84115** | **Contact: tshunits@gmail.com** | **(See Exhibit 1 to Schedule A/B, p. 9.)** | ☐ No<br>■ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

Debtor    **BrewBike, Inc.**                                                    Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
|  |  | Do not include Social Security number or ITIN. |
|  |  | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Lance CPA Group**<br>**210 S. Linden Ave**<br>**Westmont, IL 60559** | **01/01/2022-current** |
| 26a.2. | **Patrick McCarthy**<br>**20-32 43rd St**<br>**Astoria, NY 11105** | **12/1/2020-12/31/2021** |
| 26a.3. | **Optimal Financial Systems, Inc**<br>**429 Santa Monica Blvd Suite 320**<br>**Santa Monica, CA 90401** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Patrick McCarthy**<br>**20-32 43rd St.**<br>**Astoria, NY 11105** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
|  |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

Debtor    **BrewBike, Inc.**                                      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Sierra Bloodgood | 1115 S La Peer Drive Los Angeles, CA 90035 | Chief Executive Officer | 10.06% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Randy Paris | 18806 Sherwood Helotes, TX 78023 | President | 17.06% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John McComb | 2919 Telegraph Avenue Apt. 104 Oakland, CA 94609 | Director | 1.75% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Randy Paris** 18806 Sherwood Helotes, TX 78023 | $45,000 | | Salary |
| | **Relationship to debtor** President | | | |
| 30.2. | **Sierra Bloodgood** 1115 S La Peer Drive Los Angeles, CA 90035 | $40,020.69 | | Salary |
| | **Relationship to debtor** Chief Executive Officer | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

Debtor      **BrewBike, Inc.**                                                    Case number *(if known)*

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  |  |

**Part 14:    Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **March 27, 2023**

**/s/ Randy Paris**                                          **Randy Paris**
Signature of individual signing on behalf of the debtor              Printed name

Position or relationship to debtor      **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Northern District of Illinois

In re **BrewBike, Inc.** _____  Case No. _____
                                    Debtor(s)              Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that
    compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
    be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    For legal services, I have agreed to accept _____  $ _____ **7,838.00**

    Prior to the filing of this statement I have received _____  $ _____ **7,838.00**

    Balance Due _____  $ _____ **0.00**

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
       copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of
        reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC
        522(f)(2)(A) for avoidance of liens on household goods.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the debtors in any dischargeability actions, judicial lien avoidances, relief from stay actions or
    any other adversary proceeding.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

**March 27, 2023** _____   **/s/ Alex J. Whitt** _____
_Date_                                          **Alex J. Whitt**
                                                _Signature of Attorney_
                                                **Hiltz Zanzig & Heiligman LLC**
                                                **53 West Jackson**
                                                **Suite 1301**
                                                **Chicago, IL 60604**
                                                **3126248958**
                                                **awhitt@hzhlaw.com** _____
                                                _Name of law firm_

# United States Bankruptcy Court
## Northern District of Illinois

In re   **BrewBike, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

Number of Creditors:                           **53**

The above-named Debtor(s) hereby verifies that the list of creditors is true and correct to the best of my (our) knowledge.

Date:   **March 27, 2023**

**/s/ Randy Paris**
**Randy Paris/President**
Signer/Title

Aaron Caulfield
1615 Wyndham Road
Camp Hill, PA 17011


Airgas, Inc.
259 North Radnor-Chester Road
Suite 100
Radnor, PA 19087-5283


Akers Packaging Service Group
2820 Lefferson Road
Middletown, OH 45044


Akers Packaging Service Group
P.O. Box 78000
Detroit, MI 48278-1330


Aramark Educational Services, LLC
2400 Market Street
Philadelphia, PA 19103


Bia Foods
Attn: Carlos Bosch
Wickhams Cay I Road Town, Tortola
BVI VG 11100


Bill Nye
1600 N Fairfax Ave
Los Angeles, CA 90046


Boelter Brands LLC
ATTN: Officer or Managing Agent
PO Box 734296
Chicago, IL 60673-4296


Boelter Brands LLC
1071 W Division St
Chicago, IL 60642


Brex, Inc.
115 Sansome Street Suite 1200
San Francisco, CA 94104

CEAS Investments I, LLC
110 E Atlantic Ave Suite 320
Delray Beach, FL 33444


Chicago Booth Angels
5807 S Woodlawn Ave
Chicago, IL 60637


Cogency Global Inc.
111 W Washington St # 1447
Chicago, IL 60602


Compass Group USA, Inc.
d/b/a Chartwells
2 International Drive
Rye Brook, NY 10573


Connetic Ventures
910 Madison Ave
Covington, KY 41011


Coyote Logistics
2545 W Diversey Ave
Chicago, IL 60647


Creative Alignments, LLC
7152 Gold Nugget Dr
Longmont, CO 80503


David and Karen Sobotka
34 W 10th Street
New York, NY 10011


Davis Wright Tremaine LLP
1300 SW Fifth Avenue Suite 2400
Portland, OR 97201-5610


Deputy Corporation
3280 Peachtree Rd NE FL 7
Atlanta, GA 30305-2430


Deputy Corporation
PO Box 105603 PMB 77267
Atlanta, GA 30348-5603

Eric Rubenstein
13301 Ponderosa Way
Fort Myers, FL 33907


Florida Department of Revenue
8175 NW 12th St. Ste. 119
Doral, FL 33126-1828


Fox, Swibel, Levin & Carroll, LLP
200 W Madison St Ste 3000
Chicago, IL 60606


Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


Greta Bollmeier
8950 Bellefonte Rd.
Henrico, VA 23229


Gusto
525 20th St
San Francisco, CA 94107


HTEC Group Inc.
535 Mission St 14th Floor
San Francisco, CA 94105


Joseph Mansueto
400 N Michigan Ave
Suite 350
Chicago, IL 60611


Koto Studio, LLC
9014 Lindblade Street
Culver City, CA 90232


Lechner Services
420 Kingston Ct
Mount Prospect, IL 60056


Mats Lederhausen
600 N Fairbanks Ct
Chicago, IL 60611

NuZee
d/b/a Coffee Blenders, Inc.
2865 Scott St. Suite 107
Vista, CA 92081


Nuzee, Inc.
2865 Scott Street Suite 107
Vista, CA 92081


Optimal Financial Systems, Inc.
429 Santa Monica Blvd Suite 320
Santa Monica, CA 90401


Patrick McCarthy
20-32 43rd St.
Astoria, NY 11105


Pulley Collective
175 Van Dyke St
Brooklyn, NY 11231


Randy Paris
18806 Sherwood
Helotes, TX 78023


RSM US LLP
1455 Market St Unit 600
San Francisco, CA 94103


Ruby Rock Investments
ATTN: Eric Rubenstein
13301 Ponderosa Way
Fort Myers, FL 33907


Sierra Bloodgood
1115 S La Peer Drive
Los Angeles, CA 90035


Square
1455 Market St Unit 600
San Francisco, CA 94103


Steve Kaplan
5648 South Dorchester Ave
Chicago, IL 60637

Steve Rogin
1549 Forest Avenue
Highland Park, IL 60035


Sticker Mule
336 Forest Ave
Amsterdam, NY 12010


Studio Koto
9014 Lindblade Street
Culver City, CA 90232


Techra Investments
ATTN: Mark Tebbe
225 N Columbus Drive Suite 100
Chicago, IL 60601


The Coca-Cola Company
1 Coca Cola Pl SE
ATTN: Legal Department
Atlanta, GA 30313


Thomas Chisholm, Jr.
1864 Fairview Street
Birmingham, MI 48009


Venetia Kontogouris
10 Old Hyde Rd
Weston, CT 06883


Venkon LLC
10 Old Hyde Road
Weston, CT 06883


Verizon
Attn: VSAT
180 Washington Valley Road
Bedminster, NJ 07921


Walter Burke III
1000 Skokie Blvd
 Suite 425
Wilmette, IL 60091

# United States Bankruptcy Court
### Northern District of Illinois

In re   **BrewBike, Inc.**

Debtor(s)

Case No.

Chapter   **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **BrewBike, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CEAS Investments I, LLC**
**110 E Atlantic Ave Suite 320**
**Delray Beach, FL 33444**

☐ None [*Check if applicable*]

**March 27, 2023**

Date

/s/ Alex J. Whitt

**Alex J. Whitt**

Signature of Attorney or Litigant

Counsel for   **BrewBike, Inc.**

**Hiltz Zanzig & Heiligman LLC**
**53 West Jackson**
**Suite 1301**
**Chicago, IL 60604**
**3126248958**
**awhitt@hzhlaw.com**